AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| POSNER, RICHARD A. | U S COURT OF APPEALS 7th CIRC | 06/01/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE U S CIRCUIT JUDGE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

**7. Chambers or Office Address**

219 S DEARBORN
CHICAGO IL 60604

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SENIOR LECTURER | UNIVERSITY OF CHICAGO LAW SCHOOL |
| 2. TRUSTEE | TRUST▓▓▓▓▓▓▓▓ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Posner. Richard A.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | OXFORD UNIVERSITY PRESS (UNITED STATES); ROYALTIES | $1,617.09 |
| 2. 2010 | HARVARD UNIVERSITY PRESS; ROYALTIES | $70,395.50 |
| 3. 2010 | WOLTERS KLUWER / ASPEN PUBLISHERS; ROYALTIES | $19,659.32 |
| 4. 2010 | ENGLISH AGENCY (JAPAN); ROYALTIES | $1,700.00 |
| 5. 2010 | UNIVERSITY OF CHICAGO PRESS; ROYALTIES | $9,336.09 |
| 6. 2010 | OXFORD UNIVERSITY PRESS (UNITED KINGDOM); ROYALTIES | $19.33 |
| 7. 2010 | AUTHOR'S REGISTRY; ROYALTIES | $213.60 |
| 8. 2010 | EDWARD ELGAR; ROYALTIES (NET OF FOREIGN TAXES WITHHELD) | $1,870.00 |
| 9. | | |
| 10. | | |
| 11. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/01/2011 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FORDHAM LAW SCHOOL | MARCH 27 - 28, 2010 | NEW YORK NY | MOOT COURT FINALS | TRANSPORTATION, HOTEL AND FOOD |
| 2. | AMERICAN LAW AND ECONOMICS ASSOC & THE UNIVERSITY OF CHICAGO LAW SCHOOL | MAY 6 - 8, 2010 | NEW HAVEN CT | WORKSHOP | TRANSPORTATION, HOTEL AND FOOD |
| 3. | U S DISTRICT COURT, FIRST CIRCUIT | MAY 12 - 15, 2010 | BOSTON MA | SPEAKER | TRANSPORTATION, HOTEL AND FOOD |
| 4. | HARVARD UNIVERSITY PRESS | JUNE 16, 2010 | CAMBRIDGE MA | SPEAKER | TRANSPORTATION, HOTEL AND FOOD |
| 5. | AMERICAN CONSTITUTION SOCIETY | JUNE 17 - 16, 2010 | WASHINGTON DC | PANELIST | TRANSPORTATION, HOTEL AND FOOD |
| 6. | BRENNAN CENTER FOR JUSTICE NYU | OCTOBER 4 - 5, 2010 | BERKELEY, CA | SYMPOSIUM | TRANSPORTATION, HOTEL AND FOOD |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/01/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNTS AND MUTUAL FUNDS: | | | | | | | | | |
| 2. DWS MANAGED MUNI BOND FUND - CLASS S | D | Dividend | M | T | | | | | |
| 3. VANGUARD 500 INDEX ADM FUND | D | Dividend | N | T | | | | | |
| 4. TIAA CREF BROKERAGE SVCES MONEY MARKET ACCT | A | Dividend | K | T | | | | | |
| 5. BLACKROCK NAT'L MUNI FUND | A | Dividend | K | T | | | | | |
| 6. BLACKROCK NAT'L MUNI INSTL FUND | A | Dividend | K | T | | | | | |
| 7. NUVEEN MUNI MARKET OPPORTUNITY FUND | B | Dividend | K | T | | | | | |
| 8. BLACKROCK MUNI 2018 FUND | A | Dividend | K | T | | | | | |
| 9. BLACKROCK GLOBAL ALLOCATION FUND A | A | Dividend | J | T | | | | | |
| 10. BLACKROCK GLOBAL ALLOCATION FUND B | A | Dividend | J | T | | | | | |
| 11. NUVEEN INSURED QUALITY MUNI FUND | B | Dividend | K | T | | | | | |
| 12. NUVEEN SELECT QUALITY MUNI FUND | B | Dividend | K | T | | | | | |
| 13. TIAA CREF SHORT TERM BOND FUND II | A | Dividend | K | T | Buy | 11/15/10 | K | | |
| 14. | | | | | | | | | |
| 15. SEP RETIREMENT ACCOUNT: | | | | | | | | | |
| 16. BLACKROCK BASIC VALUE FUND | D | Dividend | O | T | | | | | |
| 17. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TIAA MONEY MARKET ACCOUNT | A | Dividend | J | T | Buy | 04/15/10 | J | | |
| 19. | | | | | | | | | |
| 20. TRUST ACCOUNT: | | | | | | | | | |
| 21. TIAA MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 22. BLACKROCK NAT'L MUNI FUND INSTITUTIONAL | B | Dividend | K | T | | | | | |
| 23. BLACKROCK MUNI BOND FUND (FORMERLY CALLED MUNI INS FUND) | C | Dividend | L | T | | | | | |
| 24. BLACKROCK GOLBAL DYNAMIC EQUITY FUND | A | Dividend | K | T | | | | | |
| 25. BLACKROCK GOV'T INCOME FUND A | B | Dividend | K | T | | | | | |
| 26. DWS GNMA FUND CLASS S | C | Dividend | M | T | | | | | |
| 27. DWS SHORT DURATION PLUS FUND - CLASS S | C | Dividend | M | T | | | | | |
| 28. DWS CLIMATE CHANGE FUND - CLASS S | | None | J | T | | | | | |
| 29. DWS MANAGED MUNI BOND FUND - CLASS S | D | Dividend | L | T | | | | | |
| 30. | | | | | | | | | |
| 31. I R A ACCOUNT #1 | | | | | | | | | |
| 32. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | | | | | |
| 33. BLACKROCK MIDCAP VALUE OPPORTUNITY FUND B | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. BLACKROCK MIDCAP VALUE OPPORTUNITY FUND A | A | Dividend | J | T | | | | | |
| 35. TIAA MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. I R A ACCOUNT #2: | | | | | | | | | |
| 38. TIAA MONEY MARKET ACCT | A | Dividend | J | T | | | | | |
| 39. BLACKROCK PACIFIC FUND | A | Dividend | K | T | | | | | |
| 40. BLACKROCK BASIC VALUE FUND | A | Dividend | K | T | | | | | |
| 41. BLACKROCK GLOBAL ALLOC FUND | A | Dividend | L | T | | | | | |
| 42. BLACKROCK VALUE OPPORTUNITIES FUND | A | Dividend | K | T | | | | | |
| 43. BLACKROCK GLOBAL DYNAMIC EQUITY FUND | A | Dividend | L | T | | | | | |
| 44. BLACKROCK LATIN AMERICA FUND | A | Dividend | K | T | | | | | |
| 45. AMERICAN FUNDS INTERMIDIATE BOND FUND A | B | Dividend | L | T | | | | | |
| 46. BLACKROCK TOTAL RETURN FUND | C | Dividend | L | T | | | | | |
| 47. U S TREASURY STRIP ZERO COUPON BOND | | None | | | Matured | 11/15/10 | K | B | |
| 48. | | | | | | | | | |
| 49. OTHER RETIREMENT ACCOUNTS: | | | | | | | | | |
| 50. TIAA REAL ESTATE FUND (TRADITIONAL IRA ACCOUNT) | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. TIAA TRADITIONAL GUARANTEED ANNUITY (TRADITIONAL IRA ACCT) | | None | M | T | | | | | |
| 52. UNIVERSITY OF CHICAGO CONTRIBUTORY RETIREMENT PLAN | | | | | | | | | |
| 53. STANFORD UNIVERSITY CONTRIBUTORY RETIREMENT PLAN | | | | | | | | | |
| 54. NAT'L BUREAU OF ECO RESEARCH TAX DEF ANNUITY PLAN | | | | | | | | | |
| 55. UNIVERSITY OF CHICAGO SUPPLEMENTAL RETIREMENT PLAN | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. BANK FINANCIAL (BANK ACCOUNT) | A | Interest | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII INVESTMENTS AND TRUSTS:

THE REPORTING OF OTHER RETIREMENT ACCOUNTS, AS SHOWN ON LINES 50 THROUGH 55 HAS BEEN CHANGED FROM THE METHOD USED TO REPORT THESE ASSETS PREVIOUSLY (FDR 2009 REPORT LINES 56 THROUGH 60).

CURRENT YEAR REPORTING HAS BEEN CHANGED TO CONFORM WITH THE FILING INSTRUCTIONS, PAGES 43 - 44 WHICH STATES THAT THE ONLY ITEM TO BE REPORTED FOR COMMON TRUST FUNDS, SUCH AS THOSE MAINTAINED BY TIAA-CREF, IS THE NAME OF THE SPECIFIC PLAN IN COLUMN A.

| Name of Person Reporting | Date of Report |
|---|---|
| POSNER, RICHARD A. | 06/01/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544